IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-00401-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:            October 8, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:* *Counsel:*

JEFFREY HOOVER, *et al.*,                                    Bradley P. Pollock

     Plaintiffs,

v.

KEVIN NEELY, *et al.*,                                           Jeffrey J. Richards
                                                                                                                          James A. Johnson

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      9:16 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding the parties' **Stipulated Motion to Modify Scheduling Order** [Doc. No. 17].

The court addresses counsel regarding what discovery the parties have left to complete and resolving the discovery issue in question before proceeding with the case and extending deadlines.

Counsel note they are still in the process of requesting and reviewing voluminous records. Discussion regarding the relevance of certain documents being requested and opposing counsel having a medical release to request specific records themselves.  Plaintiff's counsel notes he is in the process of trying to locate the materials being sought by Defense counsel and believes the parties will be able to address any issues regarding privilege or relevance..

Defense counsel propose the court allow the parties additional time to resolve the issue.

For the reasons stated on the record,

**ORDERED:**            The parties' Stipulated Motion to Modify Scheduling Order [Doc. No. 17, filed 10/01/2013] is **DENIED.**  The court instructs counsel to continue the

        meet and confer process. The parties may file another motion requesting the court extend the discovery deadlines, in which counsel should specifically state what discovery is left to do, what time frame is needed to complete that discovery, and give the court as much certainty as possible.

The court notes if issues remain after the parties have attempted to meet and confer, they may conference call chambers to obtain a telephonic hearing date for the court's input on resolution of any outstanding disputes.

HEARING CONCLUDED.
**Court in recess**:     **9:44 a.m.**
Total time in court:     00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.